**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-7569

DOUGLAS STALLWORTH,

Plaintiff – Appellant,

v.

DALTON MAJORS, Detective; TODD BREWER, Special Federal Agent; UNKNOWN AGENTS,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, District Judge.  (7:11-cv-00389-JPJ-RSB)

Submitted:  February 16, 2012       Decided:  February 23, 2012

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Douglas Lee Stallworth, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Stallworth appeals the district court's orders dismissing under 28 U.S.C. § 1915A(b) (2006) his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and 42 U.S.C. § 1983 (2006), and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Stallworth v. Majors, No. 7:11-cv-00389-JPJ-RSB (W.D. Va. Oct. 19 & Nov. 2, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED